AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
      Plaintiff,
    v.

ALEJANDRO BOCANEGRA-RAMIREZ,
      Defendant.

**APPEARANCE**

Case Number: 08MJ0329

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALEJANDRO BOCANEGRA-RAMIREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/6/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 6, 2008                    /s/ Joseph McMullen
                                           JOSEPH McMULLEN
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: Joseph_McMullen@fd.org