AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRO BOCANEGRA-RAMIREZ | CASE NUMBER: 08 CR 607-H |

I, <u>ALEJANDRO BOCANEGRA-RAMIREZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/4/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Alex Bocanegra R*
Defendant

*[signature]*
Counsel for Defendant

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Before *[signature]*
JUDICIAL OFFICER